

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ZULFIYA SHAMILEVA KARIMOVA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>) 2:13-CR-267-KJD-(PAL)<br>)<br>)<br>)<br>) |

**ORDER OF FORFEITURE**

This Court found on September 10, 2013, that ZULFIYA SHAMILEVA KARIMOVA shall pay the criminal forfeiture money judgment of $427,825.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 27; Plea Agreement, ECF No. 28; Order of Forfeiture, ECF No. 29.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ZULFIYA SHAMILEVA KARIMOVA the criminal forfeiture money judgment in the amount of $427,825.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section

. . .

. . .

. . .

2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 20 day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE